UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL on behalf of himself
and all others similarly situated,

             Plaintiffs,

-against-

DIAMOND COMIC DISTRIBUTORS, INC.

             Defendant.

Case No. 1:22-cv-10128

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
            August 7, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**

By:    Mars Khaimov, Esq.
        100 Duffy Avenue, Suite 510
        Hicksville, New York 11801
        Tel (929) 324-0717
        Fax (929) 333-7774
        Email: mars@khaimovlaw.com
        *Attorney for Plaintiff*